BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

Office of the General Counsel
160 Spear St Ste 800
San Francisco, CA  94105
Telephone: (415) 977-8938
Facsimile: (415) 744-0134
Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CASTANEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:13-cv-00974-BAM<br><br>STIPULATION FOR EXTENSION; ORDER THEREON |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file an answer is extended to April 30, 2014.  This extension is necessary because the Commissioner's counsel has a large backlog of cases including 6 Cross-Motions for Summary Judgments due within the next 2 weeks.  In addition, counsel is responsible for drafting and/or reviewing several bankruptcy adversary complaints this month and monitoring all active bankruptcy cases.  The parties request this extension in good faith, with no intent to

1  prolong proceedings unduly.  Counsel for Defendant sincerely apologizes for any inconvenience
2  caused by this delay.

Dated: March 12, 2014                           */s/Jacqueline Forslund*
                                                JACQUELINE FORSLUND
                                                Dellert Baird Law Offices, PLLC
                                                Attorneys for Plaintiff

Date: March 12, 2014                            MELINDA L. HAAG
                                                United States Attorney


                                    By:   /s/ *Theophous Reagans*_____
                                          THEOPHOUS H. REAGANS
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

## ORDER

Based on the above Stipulation of the parties, and for good cause shown, the time for Defendant to file an answer is extended to April 30, 2014.

IT IS SO ORDERED.

   Dated:   **March 13, 2014**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE