JACQUELINE A. FORSLUND, CSBN 154575
Dellert Baird Law Offices, PLLC
P.O. BOX 3757
Silverdale, WA 98383
Telephone: 541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CASTANEDA | Case No.: 1:13-cv-0974-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including **May 27, 2014**, in which to file Plaintiff's reply brief; and that all other deadlines set forth in the June 26, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **May 15, 2014**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE