UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO, CALIFONRIA

| | |
|---|---|
| MICHELLE CASTANEDA, ) | |
| ) | Case No. 1:13-cv-00974-BAM |
| Plaintiff, ) | |
| ) | |
| ) | **ORDER RE: EAJA FEES AND** |
| v. ) | **EXPENSES** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

Based on the parties' Stipulation for attorney's fees and expenses filed on January 7, 2015 (Doc. 24), it is ordered that attorney fees in the amount of $6,450.82 and expenses in the amount of $19.71, for a total of $6,470.53 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

If it is determined that Plaintiff's EAJA fees are not subject to an offset allowed under the Department of Treasury's Offset Program pursuant to Astrue v. Ratcliffe, 130 S. Ct.1421 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA 98383, based on Plaintiff's assignment of these amounts to Dellert Baird Law Offices.

IT IS SO ORDERED.

Dated: **January 9, 2015**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE